THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, v. JOHN MENIG, MAGGIE MENIG, His Wife, Respondents, and Others, Defendants.— Order denying plaintiff's motion to strike out the answer of the defendants Menig and for summary judgment, under rule 113 of the Rules of Civil Practice, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The language contained in the extension agreement, upon reliance of which the plaintiff purchased the bond and mortgage for value without knowledge of the oral representations claimed by the mortgagor to have been made by the mortgagee prior to the assignment, estops the mortgagor from asserting the defense and counterclaim. The rule that a contract or covenant under seal cannot be modified by a parol unexecuted contract also applies. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL BUETA, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting defendant of the crime of violating article 8, section 100, of the Alcoholic Beverage Control Law, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID GREENBLATT, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of the crime of selling wine at retail without a license, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PARASCAND, Appellant.— Judgment of the Court of Special Sessions of the City of New York,